| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Travis Anderson, §
    Plaintiff, §
§
v. § Civil Action H-17-2669
§
Lorie Davis, §
    Respondent. §

## Order of Adoption

On July 25, 2018, Magistrate Judge Stephen Wm. Smith filed a memorandum and recommendation (24). No objections were filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is denied with prejudice. The court will issue a separate final judgment.

Signed __10 · 15__, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge